UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

    v.

GREGORY P. WALDON,

          Defendant.
_____/

NO. CIV. S-02-1395 LKK/KJM

O R D E R

    Some things just fall between the cracks. On August 13, 2003, the court entered a Final Judgment of Permanent Injunction and Other Relief (ECF No. 25) against defendant Gregory P. Waldon in this enforcement action brought by the Securities and Exchange Commission ("Commission"). The judgment called for installment payments by Waldon to the Clerk of the Court, totaling $90,000 in disgorgement. The judgment further called for the disgorged funds to be "distributed pursuant to a Court-approved plan to be proposed by motion of the Commission."

    The $90,000 in disgorgement payments were completed on September 20, 2005. However, the Final Judgment contained no

1

1  explicit deadline for filing the Commission's motion proposing a
2  distribution plan, and no such motion was ever made.
3      Accordingly, the Commission is hereby ordered to file, within
4  sixty (60) days of the date of this order, a plan for distributing
5  these funds, as contemplated in the Final Judgment.
6      IT IS SO ORDERED.
7      DATED:  November 28, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2