UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Civ. S-02-1395 LKK KJM |
| Plaintiff, | ORDER GRANTING MOTION FOR APPROVING DISTRIBUTION TO U.S. TREASURY |
| vs. | |
| GREGORY P. WALDON, | |
| Defendant. | |


...


1  The Court, having considered Plaintiff Securities and Exchange Commission's Motion
2  for Approval of Distribution to the United States Treasury of the funds in the Court's registry
3  related to this case, and no opposition having been filed thereto, and finding good cause:
4  IT IS HEREBY ORDERED that the Clerk of this Court pay the funds currently held in
5  the Court's registry account in connection with the above captioned action, together with all
6  interest accrued thereon, less any administrative fee payable from such interest in accordance
7  with the Court's rules (which amount, before fees, is approximately $95,227), to the United
8  States Treasury.  The Clerk shall deliver payment to the Securities and Exchange Commission,
9  at:

> Securities and Exchange Commission
> Office of Financial Management
> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

14  together with a copy of this order.
15  IT IS FURTHER ORDERED that upon receipt of such funds, the Office of Financial
16  Management, Securities and Exchange Commission, shall promptly remit the funds to the United
17  States Treasury.
18  IT IS FURTHER ORDERED that the hearing on the motion, scheduled for February 11,
19  2013, is VACATED.
20  IT IS SO ORDERED.

22  DATED: February 5, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT